# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHAD WATKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY JAIL,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-01096-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>[ECF No. 5] |

Plaintiff Raymond Chad Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 15, 2018, Plaintiff initiated this action by filing a complaint. (ECF No. 1). On August 21, 2018, the Court ordered Plaintiff to submit an application to proceed in in forma pauperis by a prisoner pursuant to 28 U.S.C. § 1915 or pay the $400.00 filing fee. (ECF No. 4.) Plaintiff submitted an application to proceed in forma pauperis on August 27, 2018. (ECF No. 5.) Plaintiff's application is dated and signed, but the certificate portion of the application is not complete. A certified copy of his trust account statement is also not attached. The application to proceed in forma pauperis must be completed with all requested information for the Court to properly consider Plaintiff's request. Therefore, Plaintiff must either re-submit a completed form or pay the filing fee to proceed in this action.

1

Plaintiff wrote a notation on his application stating that the facility refuses to complete the certification. The certification must be completed by an authorized officer at the institution of incarceration. Plaintiff is encouraged to comply with the necessary procedures at his institution to have the form completed, and to the extent he requires additional time, he may seek an extension of time to comply by making a request supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, filed on August 27, 2018 (ECF No. 5), is denied, without prejudice;

2. The Clerk's Office shall send to Plaintiff an application to proceed in forma pauperis for a prisoner;

3. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

4. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**August 30, 2018**__  
UNITED STATES MAGISTRATE JUDGE