UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAYMOND CHAD WATKINS, | ) Case No.: 1:18-cv-01096-DAD-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING PLAINTIFF ONE FINAL OPPORTUNITY TO FILE A SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |
| TUOLUMNE COUNTY JAIL, | ) [ECF No. 18] |
| Defendant. | ) |

Plaintiff Raymond Chad Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 18, 2018, the undersigned screened Plaintiff's first amended complaint, and issued Findings and Recommendations recommending dismissal of the action for failure to state a cognizable claim for relief, without further leave to amend. (ECF Nos. 15, 16.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days. (ECF No. 16.)

Currently before the Court is Plaintiff's motion for leave to file a second amended complaint, filed November 21, 2018. In his motion, Plaintiff submits that he has had the chance to gain advise and believes he can successfully amend the complaint by way of filing a second amended complaint.

Given the liberal standard under Rule 15(a) for pro se litigants, the Court will grant Plaintiff *one* final opportunity to file amend the complaint within thirty days from the date of service of this order.

1

However, Plaintiff is advised that the second amended complaint should be brief, Fed. R. Civ. P. 8(a), but it must state what each named defendant did that led to the deprivation of Plaintiff's constitutional rights, Iqbal, 556 U.S. at 678-79. Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level . . . ." Twombly, 550 U.S. at 555 (citations omitted). Further, Plaintiff may not change the nature of this suit by adding new, unrelated claims in his amended complaint. George, 507 F.3d at 607 (no "buckshot" complaints). Finally, Plaintiff is advised that an amended complaint supersedes the original complaint. Lacey v. Maricopa Cnty., 693 F.3d 896, 927 (9th Cir. 2012). Therefore, Plaintiff's amended complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint is granted;

2. The Clerk of Court is directed to send Plaintiff a blank copy of an amended civil rights complaint form;

3. Within thirty days from the date of service of this order, Plaintiff shall file a second amended complaint; and

4. The failure to file a second amended complaint will result in the October 18, 2018 Findings and Recommendations recommending dismissal for failure to state a cognizable claim being submitted to the assigned District Judge for review.

IT IS SO ORDERED.

Dated: **November 26, 2018**

UNITED STATES MAGISTRATE JUDGE