UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHAD WATKINS<br><br>  Plaintiff,<br><br>  v.<br><br>TUOLUMNE COUNTY JAIL,<br><br>  Defendant. | Case No.: 1:18-cv-01096-DAD-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED OCTOBER 18, 2018<br><br>[ECF Nos. 19, 22] |

Plaintiff Raymond Chad Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 18, 2018, the undersigned screened Plaintiff's first amended complaint, and issued Findings and Recommendations recommending dismissal of the action for failure to state a cognizable claim for relief, without further leave to amend. (ECF Nos. 15, 16.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days. (ECF No. 16.)

On November 21, 2018, Plaintiff's motion for leave to file a second amended complaint. (ECF No. 18.) In his motion, Plaintiff submitted that he has had the chance to gain advise and believes he can successfully amend the complaint by way of filing a second amended complaint. (Id.)

///
///

1

| | |
|---|---|
| 1 | On November 26, 2018, the Court granted Plaintiff one final opportunity to file a second amended complaint. (ECF No. 19.) After receiving an extension of time, Plaintiff filed a second amended complaint on December 26, 2018. |

On November 26, 2018, the Court granted Plaintiff one final opportunity to file a second amended complaint. (ECF No. 19.) After receiving an extension of time, Plaintiff filed a second amended complaint on December 26, 2018.

Accordingly, in light of the fact that Plaintiff has filed a second amended complaint, the Findings and Recommendations issued on October 18, 2018, are HEREBY VACATED, and the Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated: **January 2, 2019**

UNITED STATES MAGISTRATE JUDGE